Good morning may it please the court Becky Walker James for the defendant Scott Walker, and I'd like to reserve two minutes for rebuttal Although there's a multitude of complex procedural issues in our briefs this case is really really boils down to a very simple issue Mr.. Walker was charged and convicted of a crime of which it is now clear. He was not guilty and he was actually innocent the government nevertheless Seeks to salvage his conviction by saying well He's procedurally barred from raising this claim Because he needed to show that he was also actually innocent of other other charges that were not included in the indictment With and with which he was never and never charged relying on a declaration from the prosecutor saying that They that the prosecutor forwent those charges But not rely on the declaration relying to relying here on a finding of fact by the district court that that happened Well Finding a fact, but a finding of fact that was based on the declaration without holding an evidentiary hearing And so one of the problems in this case was that to the extent that there was evidence Presented by way of declaration of the prosecutor there was never an evidentiary hearing never an opportunity to cross-examine The prosecutor never an opportunity at what at what point did your side ask for the opportunity to cross-examine? Tagaci, oh, I think mr. Walker did I mean he asked for the opportunity to have an evidentiary I don't quite understand what's going on here. What do you want us to do? What are you asking us to do and where does that put your client if you're successful? Well, ideally obviously we you know, he would like to have the writ granted On the ground that he is actually innocent of the one charge of which he was convicted But then but then but then where does he go and what happens then? Then is he facing a bank fraud charge? And as he loses his three points for acceptance of responsibility No, I don't believe so your honor I think the key is trying to go back to square one, right and That would face him with a possible bank bank fraud charge facing 30 years. Not just 20 Well, but it's an elusive acceptance of responsibility. So it seems to me that you're walking your client backwards I don't mean this is criticism right into a worse situation Well, I don't I don't think that at this point we we would go back to You don't think what you would that's what you're asking us to do is undo the plea and go back And so all of a sudden now your clients facing the bank fraud charge Well, it gets no acceptance of responsibility Well at this point, I mean it if you look at this courts Case law that has addressed situations similar to this such as in the Bailey context The remedy is if if the charge as to which the defendant is convicted is invalid the Conviction is dismissed. I don't think you go back You've got to be careful because you're I think what you're doing is walking right back into okay. Let's start over again Well, the government has never asked for that Well, I would say that it does not your honor I think property says that's not what happens what cases you win Well, if you look at Romero, for example where the government did not charge a carry theory they were not allowed then to go back and Reindict him on a carry theory the case that is the conviction is reversed. I don't understand how you can argue He's he's actually innocent I mean his own statement filed with the court says the behavior that I exhibited was one of lack of regard for the company and the people I work for I regret any harm that I caused my actions were done out of pure selfishness to support a lifestyle of excessive spending and excessive drinking and It falls right within the the bank fraud allegations that could have been brought and A finding of fact by the district court that they could have been brought and they were deliberately foregone during the negotiation phase That could have been brought but were not brought and the courts finding that they were negotiated away again was based on You know an untested declaration And as to the charge that was brought on a services fraud It's clear that I'm really undisputed that he's not guilty of that charge. Let's go back to the the Statement you made that really all that was there is this declaration by mr Tabachi you've got a plea colloquy in which the factual basis of that plea colloquy I think a fair reading indicates he's acknowledging that he engaged in at least wire fraud And then you have at the PSR that has a paragraph that recounts the offense conduct That all and I there's no objection to it as I understand it and that Also provides a factual basis at least for wire fraud if not for bank fraud. So it's more than just mr. Tabachi's Declaration that the government could have proven wire fraud and bank fraud Well, I think there's two issues there One issue is were these charges that fall within the Bowsley language about more serious charges that were foregone in exchange for a guilty Plea and that's really what mr. Tabachi's declaration goes to there's nothing in the in the Factual basis or the PSR that addresses that issue The only language in the plea agreement that addresses that issue is boilerplate language in paragraph 17 H that says they agree not to further Prosecute but there's no specific Know the factual basis your client admits to he admits to paying personal expenses From the accounts of his of the of the coffee Specialty Association he admits to it And any admits to arranging for the transfer of those funds doesn't he walk right into wire fraud? Well, no, not necessarily because there's really no Misrepresentation or deception in there it what he what he admits to is arguably theft But he's there's no deceptive course of conduct in that factual basis and similarly with bank fraud There's no there's nothing to show that That the bank was defrauded in his factual basis or that banks were federally insured There's no even a mention of the banks So and and other circuits have have held that just you know An unauthorized wire transfer or writing a check without authorization does not constitute bank fraud and that makes sense because it's it's really It's not a fraud against the bank. It's it's if anything it is just a you know, an unauthorized use of someone else's funds so but again getting back to you know, the issues of what what offenses can Can the court look at what does he have to prove his actual innocence of? You know the government looks at this language and Bowsley about more More serious charges dismissal of more more serious charges or foregone charges that were more more serious And wants to extend that to equally serious charges, but why is it equal equally? I mean It's charges not punishment. And if you look at the statutes one is more serious than the other Right only in the sense of a statutory maximum But how else what other than the statutory maximum could we use? I mean you make the point that they're both covered under to be one point one of the guidelines Okay, that's fine. But then do we go and look at the base offense level? How is that a workable comparison it has to be the statutory maximum doesn't it to make a objective easy to determine Criteria for what's more serious than another I think the guideline range is a very workable Solution and it's the most sensible. It's different in every case How would you what does the guideline range is meaningless unless you apply it in a particular case? So we're if you're going to try to determine which is which is the more serious offense It's got to be something that is clear and easy to draw and I submit to you a guideline Calculation is is going to be a very problematic Criteria to use to make that determination especially now that is not binding perhaps, but it still remains the fact that DOJ policy requires Prosecutors to charge and not bargain away. Bowsley says charges not punishment Yes, it does And and in evaluating what is in the most serious charge under DOJ policy the US Attorney's manual Instructs prosecutors to look at the sentencing guidelines. You can't use the manual to bind the government. You know that I mean There's Supreme Court cases all over the place on that No But I think what if you look at what Bowsley is interested in they're looking at the plea bargaining process so they can change the manual next week well, but But the point is I think we were looking at what would the government have bargained? What was the government bargaining away? What benefit did mr. Welker receive? What was the government bargaining away? and if he is likely to receive the same sentence under any of these charges, then there really isn't a benefit or You know a windfall there one way or the other and your argument is that if you can set aside this plea everything goes away Yes, that would that would be our position. All right That's the one charge he faces and it is now invalid and I would like to remain the remaining minute for May It please the court Curtis can on behalf of the United States Bowsley is very clear that if the government did forgo Charges and the defendant needs to be actually innocent of those charges and in this particular case As the court has pointed out there. It's questioning. There are charges that the government did forgo here, which is money and property wire fraud Which is it made out by the factual basis in the plea agreement as well as bank fraud for all areas the bank fraud reflect Other than mr. Tabachi's Statement that he was considering bank fraud charges and he forwent them The factual basis in the in the plea colloquy and in the in the PSR How does that support a bank fraud charge? I think there's two things if I can answer there your honor First of all is is in terms of what did the government forgo? It's not simply the Tabachi declaration that we look at in fact 17 H of the plea agreement Itself I think makes out what the government did in fact forgo This court has made very clear as has the Supreme Court Plea agreements need to look like and looked at like contracts you look at this plea agreement in its contractual language 17 H in connection with his factual basis shows that the government will not further prosecute Defendant based on the defendants conduct described in the factual right but the factual basis then we link back to that and does the factual basis set forth a Facts that would support a bank fraud charge Yes, your honor insofar as I think we have to look at it differently insofar as the factual basis makes out what it is That the government has foregone and what it cannot prosecute him for it doesn't need to make out every element I think there's a difference between the factual basis for the purpose of what it is that the government decided to for how are we supposed To know what you the government chose chose to forego If you don't put it on the record or in the plea agreement I think your honor you can't you can't you're asking us to basically Read in from things that aren't there not at all your honor the what's on the record that supports bank fraud Well the plain terms of the plea in terms of whether the government decided or did forego bank fraud the plea agreement 17 H in connection with paragraph 9 make that out because it's broadly read is not for the prosecute defendant based on the conduct Described in there if you think about the way where does it pull the bank into the plea agreement? It does not in that regard except for that's what judge Thomas is driving it well In terms of whether we for went it. I think if the defendant was to use that non-prosecution Provision if the government after this case had decided you know what we're going to go ahead and prosecute him for bank fraud on top Of the crime he just did he certainly could use that as a shield in fact I think that provision clearly would Bar the government from further prosecuting him from bank fraud so in this contact I Just don't get that from I mean first of all the word bank fraud only appears in the declaration It doesn't appear in the plea agreement the plea agreement Just says we're foregoing of the charges based on what he said and what he said doesn't relate to bank fraud so Maybe I'm Disconnecting with what you're saying no your honor I think that the the provision of the plea agreement does encompass bank fraud in so far as there is any doubt as to that I think the tabachi declaration gets us there the rest of the way says look in terms of this non-prosecution agreement the Charges that the government in fact did forego was wire fraud as well as being well. That's what he said I mean the question is though Comes back to the the lack of an evidentiary hearing Because what he said doesn't match up with what I see on paper Well in that regard your honor looking at what the district courts decision is is the district court didn't rely solely on the tabachi declaration in fact if you look at how the district courts decision which I is that 17-h in connection with the factual basis makes out an obligation for the government not to be able to Prosecute him from anything arising out of that conduct which included bank fraud as a result then the tabachi declaration Simply clarified that among the things that this plea agreement already establishes is Bank fraud sort of a circular argument it gets it gets us back He didn't there's no there's no bank fraud in what he said when he would in the facts that were pleaded 17-h refers to the facts alleged and developed at during the colloquy well your honor I would say that the record actually does support in fact there is bank fraud looking at the factual basis as well It makes out the fact that this is the defendant who was there's no doubt stealing from his employer 1344 section 2 of the bank fraud statute It encompasses any fraud that is designed to take money out of the custody and control of the bank It doesn't necessarily have to be a fraud directed at the bank in that regard also I would point out that defendant art relies on out-of-circuit cases for this sort of restricted View of the bank fraud statute, but I think that this court's Opinion on 1344 to a bank fraud theory in McNeil 320 f 3rd 1034 makes clear that bank fraud encompasses Frauds designed to defraud third parties here the defendants employer Where the money was in the custody and care and control of the bank so long as the course of fraudulent? Conduct had was in some way directed towards the bank or the deception Included bank to activities here in the factual basis as well as RSO Included in the indictment the defendant was writing checks himself made unauthorized wire transferred He was transferring money from one account to the other to conceal his fraud He was opening a line of credit to cover his losses and moreover under ballast Lee. We're allowed to look at Evidence outside the record and if you look at it it GSE are 165 It's very clear from the internal report of the CSA director that the defendant had in fact falsified loan documents So he had directed his fraud at Union Bank to create a line of credit to help hide it hide his tracks at GSE R 180 there's the interview statement of the bank officer himself says false statements were made to me by the defendant again to obtain this line Of credit had he not lied about his ability to get this line of credit We would not have given him this line of credit So again, you've got a fraud here as well as one that impacts the bank And was there a request for an evidentiary hearing I think the record reflects that there wasn't a request for Not a formal request for an evidentiary hearing, but certainly in I think in the papers in the district court The pro se defendant does complain that he never had the opportunity to cross-examine. Mr. Tabaci does this does here does anybody on his behalf submit a declaration that says bank fraud or anything or wire fraud or Something like that never came up. No, your honor. The only thing that to that effect I believe is The statement by the defendant and not a declaration your honor But a statement by the defendant that if we had had a hearing I would have had my defense counsel in the trial court Nathan Hockman state that the indictment had already been filed and the government never threatened to bring a superseding indictment That is actually consistent with the government. Let's say let's say let's suppose for a second that we rule against you What happens to this case the other side says it evaporates in your view it would be what? Problematically your honor I believe it does evaporate because we're well beyond the statute of limitations and while I haven't gotten into creative tolling arguments here I I might be hard-pressed to come up with them That's exactly what Bowsley is about is the party should be put in the position That they were that they had bargained upon originally because at this point in time We're barred from the statute of limitations We're a barred from holding him responsible for the fraudulent conduct that he does not dispute that he stole money from his employer Right, but I think I think judge Charlotte asking a more specific question Right if you if you if we credit your opponents argument your view is we just grant the writ and the conviction is Vacated and then the United States has to make a decision I'm afraid that's right your honor. There's no remand for for the proceedings. I believe that's right your honor And I think that is a serious consequence This is a this is a fraud that the defendant in fact did perpetrate that he doesn't dispute Well, it's a nice segue when you were there use the word serious because now we should in your last a couple of minutes Please address the the argument that this is not a more serious juror Absolutely your honor if we're talking about bank fraud Which the government did forego the court need not even address that issue because of the 30-year statutory maximum clearly makes it more serious I think it's the court's earlier questions and indicated statutory maximum is really the only practical approach I would actually add what if bank frauds off the table, and what would we left with? I still think though that more serious encompasses equally serious in that regard I do point this court to the Seventh Circuit's opinion by judge Posner and Lewis versus Peterson that compared to all of the other cases cited in the defendants brief is the Only court to have and essentially was on bonk because it's clear that judge Posner had circulated amongst the entire judges there Of the Seventh Circuit, but it's the only court. Why is that clear at the very tail end? Judge Posner notes that because there is a different circuit the Eighth Circuit that seems to have a contrary opinion pursuant to our Yeah smaller circuits do that all the time sure your honor But the point being also though is it was looked at by numerous judges and moreover It seems to be the only courts opinion that really addresses this issue does more Serious encompass equally serious, and I would also say that Boosley get there. I mean if the language in Bowsley is more serious I mean, it doesn't it's not a very ambiguous phrase, so what does the Seventh Circuit say? Why do they think they can rewrite that sentence to say equal? Yeah, if I let me answer it by first talking about it's Posner That may be some of it your honor But if you look at the Bowsley opinion itself right after the court makes the proclamation That it needs to be more serious foregone charges What does the court do it turns around and it actually? Addresses whether the United States government can proceed on a carry theory under 924 C under 924 C under the stat 924 C a carry theory is equally serious not ever more serious than a use than a than a use Theory under 924 C uses either 5 or in the form of brandishing or discharging It's going to be 7 or 10 years carry is always going to be the 5 years So it seems that if the court had really had meant to make so they didn't mean what they said Well, I think it meant some other way. We're supposed to approach the Supreme Court Well your honor. I do think that in more serious. It's very clear that I'm making that pronouncement the court did not No pun intended seriously address that particular issue I think it what it was concerned with this is what exactly the Seventh Circuit said which is is if in fact We're going to try to put the parties in the position They were when they bargained for this is there a charge that's going to support the serious sentence that he got and certainly a less serious Charge, I think we all admit would it would unfairly prejudice the defendant But if it's only more serious charges I think that would unfairly prejudice the government in the bargain because it mores if they're equally serious charge would also have supported the sentence and Gotten us to it gotten this district court and everybody did where they had a bargain to be if you take away equally serious Then you have essentially the defendant sort of a windfall in that regard and I think in that regard Judge Posner was right in interpreting more serious encompasses equally serious And I think the Supreme Court Foulsley decision is in fact consistent with that because of the fact that the court went on to address the carry theory And it wouldn't have done so unless it assumed that if it had been appropriately charged that the carry theory would have been sufficient So for those reasons, I think then that equally or more serious is appropriate. Okay, great Thank you for your argument. We'll give you two minutes for a bottle Thank You are picking up on the last point first I mean I think we have to assume that the Supreme Court means what it says and it clearly said more serious and that really does Make sense when so do as we say not do as we do Well, right I think that you know We should assume that they that they do know how to say what they mean and they and they said more serious for a reason and I think the reason has to be that it does go to this issue of plea bargaining and Ensuring that there is not some unfairly gained, you know benefit through this process But if it's equally serious The government has elected to forego a charge. It's made an election What's wrong with the logic of saying that's sufficient? Well in that case there's really there's really It's just an election. It's an it's an election that the government has to make all the time What what cases are they going to bring what charges are they going to bring they've made an election there's no there's no Benefit that the defendant has bargained for by you know Or the government has bargained for by getting this plea in exchange for dropping a more serious charge That that the defendant then, you know then gets to keep so in that in that con in that way It doesn't it's not the same sort of equities when you're talking about Defendant right here is an example of how there is a benefit to it. I mean if there are additional charges then an appeal if one charge goes away the conviction would remain in place so a Defendant does get a benefit out of foregoing even an equally serious charge Well, perhaps but but the government but you didn't get any benefit in that sense in the plea agreement. So But But and the government and the government can easily guard against that by having you know, having the plea entered to the multiple charges But they did not do that here here And I'd also just like to address the the points about the loan documents on bank fraud Briefly those documents just to be clear were only submitted by the government After the fact in the 2055 proceedings, they were not part of the original record They what difference does that make Bowsley says you could go outside of the record, right? But in an evidentiary hearing at Bowsley contemplates an evidentiary hearing with admissible evidence and specifically refers to admissible evidence These are interview reports of the SC SCAA executive director. So I get totally untested Proof so if the government had wanted to prove up the bank fraud in this evidentiary hearing Bowsley does allow for that to address this Situation of putting the government back in it, you know putting the parties back in the place They were but the remedy for that is doing an evidentiary hearing not I mean the middle ground and this is the remand for an evidentiary hearing but really what do you what do you hope to gain by? it I assume that the The government's agents will testify consistent with the affidavit We don't see any evidence to the contrary that there was not these two bank fraud and wire fraud were not on the table At one point. Well, I don't think we can just assume that your honor I mean, I think you know, mr Welcome would like the evidentiary hearing and would like the opportunity to test the government's evidence on those charges And I think he is entitled to that The court has no further questions. Thank you for your argument Case has heard will be submitted for decision Next case United States versus Mendoza submitted on the briefs it will proceed with argument and Halleck versus l3 communications corporation I
judges: Seeborg, Trott, Thomas